# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 03/01/2020

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
MARSH USA INC.
1225 17TH STREET, SUITE 1300
DENVER, CO 80202-5534
Attn: Denver.certrequest@marsh.com

CN102108752--GAWUE-20-21

**CONTACT NAME:** Molly Kiley
**PHONE (A/C, No, Ext):** 415-743-8226
**FAX (A/C, No):**
**E-MAIL ADDRESS:** Molly.Kiley@marsh.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Starr Indemnity & Liability Company | 38318 |
| INSURER B : National Fire & Marine Insurance Co | 20079 |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
MADISON HOUSE PRESENTS, LLC
1401 WALNUT STREET, #500
BOULDER, CO 80302

## COVERAGES   CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** X <br> CLAIMS-MADE  X OCCUR <br> X $100,000 SIR <br> GEN'L AGGREGATE LIMIT APPLIES PER: <br> X POLICY  PRO-JECT  LOC  OTHER: | | | 1000100043201 | 03/01/2020 | 03/01/2021 | EACH OCCURRENCE <br> DAMAGE TO RENTED PREMISES (Ea occurrence) <br> MED EXP (Any one person) <br> PERSONAL & ADV INJURY <br> GENERAL AGGREGATE <br> PRODUCTS - COMP/OP AGG | $ 2,000,000 <br> $ 1,000,000 <br> $ EXCLUDED <br> $ 2,000,000 <br> $ 20,000,000 <br> $ 2,000,000 <br> $ |
| A | **AUTOMOBILE LIABILITY** <br> X ANY AUTO <br>  OWNED AUTOS ONLY   SCHEDULED AUTOS <br> X HIRED AUTOS ONLY  X NON-OWNED AUTOS ONLY | | | SISIPCA08363020 | 03/01/2020 | 03/01/2021 | COMBINED SINGLE LIMIT (Ea accident) <br> BODILY INJURY (Per person) <br> BODILY INJURY (Per accident) <br> PROPERTY DAMAGE (Per accident) | $ 1,000,000 <br> $ <br> $ <br> $ <br> $ |
| B | X **UMBRELLA LIAB**  X OCCUR <br>  EXCESS LIAB   CLAIMS-MADE <br>  DED  X RETENTION $ 25,000 | | | 42-UMO-303359-04 | 03/01/2020 | 03/01/2021 | EACH OCCURRENCE <br> AGGREGATE | $ 5,000,000 <br> $ 5,000,000 <br> $ |
| A <br> A <br> A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N <br> ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N  N/A <br> (Mandatory in NH) <br> If yes, describe under DESCRIPTION OF OPERATIONS below | | | 100 0004053 (AOS) <br> 100 0004052 (FL, MA, TX) <br> 100 0004057 (WI) <br> "See additional page" | 03/01/2020 <br> 03/01/2020 <br> 03/01/2020 | 03/01/2021 <br> 03/01/2021 <br> 03/01/2021 | X PER STATUTE   OTH-ER <br> E.L. EACH ACCIDENT <br> E.L. DISEASE - EA EMPLOYEE <br> E.L. DISEASE - POLICY LIMIT | <br> $ 1,000,000 <br> $ 1,000,000 <br> $ 1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

EVENT: Lost Lands Music Festival at Legend Valley in Thornville, Ohio
DATE: Thursday September 24, 2020 to Sunday September 27, 2020

CERTIFICATE HOLDER IS AN ADDITIONAL INSURED WITH RESPECT TO THE EVENT AND DATE LISTED ABOVE ON THE GENERAL LIABILITY, AUTO\ LIABILITY, AND UMBRELLA POLICIES IF REQUIRED BY WRITTEN CONTRACT. WAIVER OF SUBROGATION APPLIES IF REQUIRED BY WRITTEN CONTRACT OR AGREEMENT EXECUTED PRIOR TO LOSS. COVERAGE PROVIDED BY THE ABOVE GENERAL LIABILITY POLICY SHALL BE PRIMARY AND NONCONTRIBUTING IF REQUIRED BY WRITTEN CONTRACT. COVERAGE INCLUDES LOAD-IN AND LOAD-OUT.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Apex Event Management, LLC <br> 16000 Ventura Blvd., Suite 600 <br> Encino, CA 91436 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. <br><br> **AUTHORIZED REPRESENTATIVE** <br> of Marsh USA Inc. |

© 1988-2016 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)     The ACORD name and logo are registered marks of ACORD
3-23-2022                4A21107676F0001                           6020220323020312

EXHIBIT D-1

AGENCY CUSTOMER ID: CN102108752
LOC #: Denver

# ADDITIONAL REMARKS SCHEDULE

Page 2 of 2

**AGENCY**: MARSH USA INC.
**POLICY NUMBER**:
**CARRIER**:
**NAIC CODE**:
**NAMED INSURED**:
**EFFECTIVE DATE**:

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER: 25    FORM TITLE: Certificate of Liability Insurance

WORKERS COMPENSATION (CONTINUED):

INSURER: Starr Indemnity & Liability Company
POLICY NUMBER: 100 0004054 (AL,AZ,CT,IA,NJ,NC,VT)

INSURER: Starr Specialty Insurance Company
POLICY NUMBER: 100 0004055 (CA)
POLICY NUMBER: 100 0004056 (NY)
EFFECTIVE DATE: 3/01/2020
EXPIRATION DATE: 3/01/2021
PER STATUTE
LIMITS:
   E.L. EACH ACCIDENT: $1,000,000
   E.L. DISEASE - EA EMPLOYEE: $1,000,000
   E.L. DISEASE - POLICY LIMIT: $1,000,000

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

PEDIUNI-01 YVETTE
DATE (MM/DD/YYYY): 9/25/2021

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Snapp & Associates Insurance Services
438 Camino Del Rio S Ste 112
San Diego, CA 92108

CONTACT NAME:
PHONE (A/C, No, Ext): (619) 908-3100
FAX (A/C, No): (619) 908-3110
E-MAIL ADDRESS: Service@snappins.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : United Specialty Insurance Co. | 12537 |
| INSURER B : Ategrity Specialty Insurance Company | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
LNKBox Group, Inc. FlexTrams, LLC
600 S Spring Unit 608
Los Angeles, CA 90014

**COVERAGES** CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE  X OCCUR | | | ATN2118518 | 8/30/2021 | 8/30/2022 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY ☐ PRO-JECT ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB  X OCCUR<br>☐ EXCESS LIAB  ☐ CLAIMS-MADE | | | 01BXLP000352340 | 8/30/2021 | 8/30/2022 | EACH OCCURRENCE | $ 4,000,000 |
| | | | | | | | AGGREGATE | $ 4,000,000 |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | PER STATUTE ☐ / OTHER ☐ | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Re: Operations of the named insured subject to the terms and conditions of the policy. 10* days notice of cancellation in the event of nonpayment of premium.

**CERTIFICATE HOLDER**

APEX Event Management, LLC
c/o Madison House Presents
1401 Walnut Street #500
Boulder, CO 80302

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
*Sarah Colletti*

ACORD 25 (2016/03)  © 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

3-23-2022
4A211076/6/0001
6020220323020312

EXHIBIT D-3

| | | |
|---|---|---|
| ACORD | CERTIFICATE OF LIABILITY INSURANCE | DATE (MM/DD/YYYY) 8/31/2021 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Snapp & Associates Insurance Services<br>438 Camino Del Rio S Ste 112<br>San Diego, CA 92108 | PHONE (A/C, No, Ext): (619) 908-3100 | | FAX (A/C, No): (619) 908-3110 |
| | E-MAIL ADDRESS: Service@snappins.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : United Specialty Insurance Co. | | 12537 |
| INSURED | INSURER B : Ategrity Specialty Insurance Company | | |
| LNKBox Group, Inc. FlexTrams, LLC<br>600 S Spring Unit 608<br>Los Angeles, CA 90014 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

COVERAGES    CERTIFICATE NUMBER:    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE X OCCUR | X | | ATN2118518 | 8/30/2021 | 8/30/2022 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY PRO-JECT LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>OWNED AUTOS ONLY  SCHEDULED AUTOS<br>HIRED AUTOS ONLY  NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB X OCCUR<br>EXCESS LIAB CLAIMS-MADE | | | 01BXLP000352340 | 8/30/2021 | 8/30/2022 | EACH OCCURRENCE | $ 4,000,000 |
| | | | | | | | AGGREGATE | $ 4,000,000 |
| | DED RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | PER STATUTE     OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Re: Operations of the named insured for the Bonnaroo Music & Arts Festival 2021, on September 2 through September 5, 2021 at Great Stage Park, Manchester, Tennessee is subject to the terms and conditions of the policy. Axis Nation, LLC and its landlords or licensors (related to the Event), if any, C3 Presents, LLC, Axis Holdings, LLC, Festival Holdings, LLC, New Era Farms, LLC, New Era Farms II, LLC, AC Entertainment, LLC, ACSH-JV, LLC, Live Nation Entertainment, Inc., Live Nation Worldwide, Inc., and each of their respective parents, partners, divisions, subsidiaries, officers, directors, members, managers, affiliates, agents, and employees are named as additional insured on a primary non-contributory basis per the endorsements to be issued by the carrier. 30* days notice of cancellation, 10* days notice of cancellation in the event of nonpayment of premium.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Axis Nation, LLC<br>1645 E 6th Street, Suite 150<br>Austin, TX 78702 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Sarah Colletti* |

ACORD 25 (2016/03)    © 1988-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

EXHIBIT D-4