## OPTION EXERCISE AND
## FIRST MODIFICATION AND AMENDMENT TO
## VENUE LEASE AGREEMENT

Reference is hereby made to a certain VENUE LEASE AGREEMENT between TRICKLE PRODUCTIONS, LLC ("Landlord") and APEX EVENT MANAGEMENT, LLC ("Tenant"). In consideration of the mutual promises contained herein and other good and valuable consideration, and effective as of the date of the last signature below (the "Effective Date"), the following shall constitute the parties' agreement to exercise the option and modify and amend the Venue Lease Agreement (the "Modification and Amendment"):

1. As used herein, all terms shall have the same meaning as when used in the Venue Lease Agreement.

2. The parties acknowledge and agree that Tenant has exercised its option to extend the Term for the year 2020.

3. The following is added to Section 3:

"3.4 Notwithstanding anything to the contrary contained above, if, at least thirty (30) days before the end of the then-existing Option Period, Lessee has neither exercised its option to extend the Term for another Option Period nor notified Landlord that Tenant does not wish to exercise such option, then: (i) Landlord shall immediately notify Tenant that its option has not yet been exercised (the "Option Warning"); (ii) Tenant shall be entitled to exercise its option at any time before receiving the Option Warning or within fifteen (15) business days thereafter."

4. Except as provided herein, all terms and conditions provided in the Venue Leas Agreement shall remain applicable as originally provided therein. This document may be executed in counterparts, which taken as a whole shall constitute a complete, original document, as shall the execution of a so-called "PDF" by the parties hereto.

5. As modified and amended, the Venue Lease Agreement, as amended, is hereby ratified, affirmed and acknowledged to be in full force and effect.

WITNESS THE EXECUTION HEREOF effective the day and year first below written.

Trickle Productions, LLC                APEX EVENT MANAGEMENT, LLC,

[Signature]                              [Signature]

By: _Steve Trickle_ Trickle Productions   By: _Brett Abel_
[Printed Name]                            [Printed Name]

Its: _Re_                                 Its: _Managing Director_
[Title]                                   [Title]

Date: 2-26-20                             Date: 2-26-20

EXHIBIT F-1