Everest Insurance®
100 Everest Way
Warren, NJ 07059
www.everestre.com



October 24, 2023

**Via E-mail:**

Re:  Insured:         APEX EVENT MANAGEMENT LLC
     Location:        OH
     Everest Policy #: SI8EX01760-211
     Date of Loss:    9/24/2021
     Everest Claim #: 000-011-4260

Dear Sir/Madam:

This notice will acknowledge Everest Indemnity Insurance Company's receipt of the above referenced notice of loss. Please be advised this acknowledgement is not confirmation of coverage and Everest reserve all rights under the policy. We will investigate this matter and may request supplemental information as to this claim notice.

This letter is not, and should not be construed as, a waiver of any terms, conditions, exclusions, or other provisions of the Policy, or any other policies of insurance issued by Everest or any affiliated company. Please direct all future communication and any questions to my attention citing the claim number provided.

Sincerely,

*Xavier Blum*

Everest Insurance®
(T) 908 991 4153 | (F) 908 604 3525 | Xavier.Blum@everestglobal.com

APEX EVENT MANAGEMENT LLC : 15821 VENTURA BLVD, SUITE 370, ENCINO, CA 91436
APEX EVENT MANAGEMENT LLCEverSports And Entertainment Insurance Inc. : 15821 VENTURA BLVD, SUITE 370, ENCINO, CA 91436

EXHIBIT M-1