```
------------------------------------------------------------
Date:              10/31/2023 13:46:15 PM
Subject:           Your Insured: Apex Event Management LLC: Your Claim # 000-011-4260;
Scottsdale   Insured: Trickle Productions LLC; SIC Claim # 02148759
From:              Rosenthal, Debbie <ROSEND3@nationwide.com>
To:                xavier.Blum@everestglobal.com <xavier.Blum@everestglobal.com>
CC To:             Bass, Leon D. <lbass@taftlaw.com>, Abrams, James D.
                   <jabrams@taftlaw.com>, laura trickle <ltrickle@gmail.com>,
                   trickleproductions@gmail.com <trickleproductions@gmail.com>, Stein, David
                   <DStein@taftlaw.com>
BCC To:
------------------------------------------------------------
```

Xavier â€" I am in receipt of your letter dated 10/24/23 acknowledging receipt of my tender letter on behalf of Scottsdale Surplus Linesâ€™ insured, Trickle Productions, LLC, dated 10/17/23.

Please let me know if Everest agrees to accept the tender and agree to defend and indemnify Trickle Productions in regard to both the suit filed Brooke Mann and the cross-claim filed by Apex Management.

Trickle Productions must file an answer or a responsive pleading to the lawsuit no later than 11/20.  Therefore, a response within few days is needed.

If you have any questions or need to discuss the matter please let me know.

Regards,

Debbie Rosenthal

State law requires us to include the following statement - Any person who with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.


Deborah Rosenthal, Esq
Senior Claims Consultant
E & S Specialty
| Claims
W 480-365-2839 |  F 480-483-6752
RosenD3@nationwide.com<mailto:RosenD3@nationwide.com>
NJ-60-BRAN




Scottsdale Surplus Lines Ins





------------------------------------------------------------

EXHIBIT N-1

```
Attachments:
------------------------------------------------------
```

EXHIBIT N-2