

Exhibit C-1