**Connor Noonan**

| | |
|---|---|
| From: | Cannell, Patrick M. <PCannell@westonhurd.com> |
| Sent: | Tuesday, August 13, 2024 3:36 PM |
| To: | Connor Noonan |
| Cc: | Gregory E. O'Brien |
| Subject: | RE: Scottsdale Surplus Lines Ins. Co. v. Everest Nat. Ins. Co., et al., S.D.OH No. 2:24-cv-03477 |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**CAUTION:** This email originated from outside of The Cavitch Law Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks. Greg, can we use the 8/8/24 email delivery as the date from which the 60-day period starts, which would make Apex's answer due on or by Monday 10/7/2024?

**Patrick Cannell**
*Attorney at Law*



1300 East 9th Street, Suite 1400
Cleveland, OH 44114
p: 216-687-3331 | f: 216-621-8369
Website | Offices



Confidentiality Notice:
This message is a private communication and may contain privileged or confidential information and may not be used or relied upon by anyone other than the intended recipient.
If you are not the intended recipient, please do not use or disclose any of the information contained in the message or forward the message to anyone else, either in printed or electronic form.
Please notify the sender of the delivery error by replying to this message, and then delete it from your system.
Thank you.

**From:** Connor Noonan <CNoonan@cavitch.com>
**Sent:** Thursday, August 8, 2024 9:35 AM
**To:** Cannell, Patrick M. <PCannell@westonhurd.com>
**Cc:** Gregory E. O'Brien <gobrien@cavitch.com>
**Subject:** RE: Scottsdale Surplus Lines Ins. Co. v. Everest Nat. Ins. Co., et al., S.D.OH No. 2:24-cv-03477

Good morning, Patrick:

I hope you're well.

Exhibit D-1

1