

**CAVITCH**
FAMILO & DURKIN

Gregory E. O'Brien
Attorney at Law
gobrien@cavitch.com
------------------------------------

1300 East 9th Street | 20th Floor
Cleveland, Ohio 44114

T 216-621-7860
F 216-621-3415
cavitch.com

September 13, 2024

UNITED SPECIALTY INSURANCE COMPANY
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

     **RE:    Notice of Lawsuit & Request to Waive Service of Summons**

Dear Sir or Madam:

    A lawsuit has been filed against you, or the entity you represent, in the **United States District Court Southern District of Ohio Eastern Division** under the case information listed below. A copy of the complaint is attached; a full version, including all exhibits, can be found on the court's website:

- **Scottsdale Surplus Lines Insurance Company v. Everest National Insurance Company**
- **Case No: 2:24-cv-03477**

    It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days from the date of this letter. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope for returning one copy. You may keep the other copy for your records.

    If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you. If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.

    Should you have any questions or concerns please do not hesitate to contact me.

                 Respectfully,

                 Gregory E. O'Brien

GEO/cpn
Enclosures

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio ▢

| | |
|---|---|
| Scottsdale Surplus Lines Insurance Company | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 2:24-cv-03477 |
| Everest National Insurance Company | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Gregory E. O'Brien
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

UNITED SPECIALTY INSURANCE COMPANY
*Printed name of party waiving service of summons*

 

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Exhibit G-2

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio ▾

| | | |
|---|---|---|
| Scottsdale Surplus Lines Insurance Company | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-03477 |
| Everest National Insurance Company | ) | |
| *Defendant* | ) | |

### WAIVER OF THE SERVICE OF SUMMONS

To: Gregory E. O'Brien
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Signature of the attorney or unrepresented party

UNITED SPECIALTY INSURANCE COMPANY
_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Exhibit G-3