Return Receipt Article Number

9590 9266 9904 2977 9437 39

2. Certified Mail® Article Number

9414 7266 9904 2977 9437 36

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

UNITED SPECIALTY INSURANCE
COMPANY
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801

PS Form 3811, Facsimile, July 2015                    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature                              ☐ Agent
X                                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

RECEIVED

SEP 1 9 2024

CT CORPORATION

Exhibit H-1