**CAVITCH**
FAMILO & DURKIN

Twentieth Floor
1300 East Ninth Street
Cleveland, OH 44114



9414 7266 9904 2980 0782 41

**RETURN RECEIPT REQUESTED**

NEOPOST   FIRST-CLASS MAIL
07/23/2024
US POSTAGE  $011.82



ZIP 44114
041M11451768

LNKBOX GROUP INC.
511 El Centro Street
Apt A South
Pasadena, CA 91030

NL
7-31-24

ANK

NIXIE        910   BE 1        7208/08/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

2347N221162-09743

Exhibit J-1