Case: 2:24-cv-03477-EPD Doc #: 17-14 Filed: 10/18/24 Page: 1 of 1 PAGEID #: 518

Return Receipt Article Number
9590 9266 9904 2977 9437 46

2. Certified Mail® Article Number
9414 7266 9904 2977 9437 43

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:

LNKBOX GROUP INC.
c/o Incorp Services, Inc.
131 Continental Drive, Suite 301
Newark, DE 19713

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X [signature] ☒ Agent ☐ Addressee
B. Received by (Printed Name): Jenn Freeman
C. Date of Delivery: 9/18/24
D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ Yes ☐ No

PS Form 3811, Facsimile, July 2015 — Domestic Return Receipt

Exhibit M-1