**Return Receipt Article Number**

9590 9266 9904 2980 0781 90

2. Certified Mail® Article Number

9414 7266 9904 2980 0781 97

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

STARR INDEMNITY & LIABILITY COMPANY
500 W. Monroe Street, 31st Floor
Chicago, IL 60661

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Domestic Return Receipt

Exhibit P-1