| Return Receipt Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9266 9904 2977 9436 78 | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>9-9-24 |
| 2. Certified Mail® Article Number<br>9414 7266 9904 2977 9436 75 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 3. Service Type: **CERTIFIED MAIL** | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| 1. Article Addressed to:<br><br>STARR INDEMNITY &, LIABILITY COMPANY<br>500 W. Monroe Street, 31st Floor<br>Chicago, IL 60661 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |

Exhibit R-1