**Return Receipt Article Number**

9590 9266 9904 2980 0782 51

2. Certified Mail® Article Number

9414 7266 9904 2980 0782 58

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

MADISON HOUSE PRESENTS LLC
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219

PS Form 3811, Facsimile, July 2015 — Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X *[signature]* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Daniel D. Kelley

C. Date of Delivery: 7/31/24

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

Exhibit T-1