

**Gregory E. O'Brien**
Attorney at Law
gobrien@cavitch.com

1300 East 9th Street | 20th Floor
Cleveland, Ohio 44114

T 216-621-7860
F 216-621-3415
cavitch.com

September 6, 2024

*VIA Certified Mail*

MADISON HOUSE PRESENTS LLC
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219

**RE:   Notice of Lawsuit**

Dear Sir or Madam:

A lawsuit has been filed against you, or the entity you represent, in the United States District Court Southern District of Ohio Eastern Division under the case information listed below. A copy of the complaint is attached; a full version, including all exhibits, can be found on the court's website:

- Scottsdale Surplus Lines Insurance Company v. Everest National Insurance Company
- Case No: 2:24-cv-03477

Should you have any questions or concerns please do not hesitate to contact me.

Respectfully,

Gregory E. O'Brien

GEO/cpn
Enclosures

Exhibit U-1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| SCOTTSDALE SURPLUS LINES INSURANCE COMPANY <br><br> *Plaintiff(s)* <br><br> v. <br><br> EVEREST NATIONAL INSURANCE COMPANY, etal. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:24cv3477 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MADISON HOUSE PRESENTS LLC
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Gregory E. O'Brien
Cavitch Familo & Durkin Co., L.P.A.
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/27/2024

Melissa Sadd(illegible)
*Signature of Clerk or Deputy*

Exhibit U-2