Case: 2:24-cv-03477-EPD Doc #: 17-24 Filed: 10/18/24 Page: 1 of 1 PAGEID #: 537

**Return Receipt Article Number**

9590 9266 9904 2980 0782 75

**2. Certified Mail® Article Number**

9414 7266 9904 2980 0782 72

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

TRICKLE PRODUCTIONS LLC
c/o Sam Starr, Inc.
65 East Broad Street, Suite 1000
Columbus, OH 43215

PS Form 3811, Facsimile, July 2015 — Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _ben Tolle USPS_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8/1/24

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

Exhibit W-1