Case: 2:24-cv-03477-EPD Doc #: 17-29 Filed: 10/18/24 Page: 1 of 1 PAGEID #: 546

**Return Receipt Article Number**
9590 9266 9904 2977 9436 92

**2. Certified Mail® Article Number**
9414 7266 9904 2977 9436 99

**3. Service Type:** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

LAURA TRICKLE
P.O. Box 402
Thornville, OH 43076

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9-10-24

D. Is delivery address different from item 1? If YES, enter delivery address below:
☐ Yes ☐ No

Domestic Return Receipt

Exhibit BB-1