**Return Receipt Article Number**

9590 9266 9904 2980 0782 68

2. Certified Mail® Article Number

9414 7266 9904 2980 0782 65

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

> STEVE TRICKLE
> P.O. Box 402
> Thornville, OH 43076

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8-8-24

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

Domestic Return Receipt

Exhibit DD-1