**Return Receipt Article Number**

9590 9266 9904 2977 9436 85

2. Certified Mail® Article Number

9414 7266 9904 2977 9436 82

3. Service Type: **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

STEVE TRICKLE
P.O. Box 402
Thornville, OH 43076

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Greg Master agnt* ☑ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 9-13-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, Facsimile, July 2015 — Domestic Return Receipt

Exhibit FF-1