# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SCOTTSDALE SURPLUS LINES INSURANCE COMPANY,<br><br>    *Plaintiff*,<br><br>v.<br><br>EVEREST NATIONAL INSURANCE COMPANY, ET AL.,<br><br>    *Defendants*. | CASE NO.: 2:24-cv-3477<br><br>JUDGE: Michael H. Watson<br><br>MAG. JUDGE: Elizabeth P. Deavers<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Of Plaintiff's Claims Against Defendant Everest **ONLY** |

Plaintiff Scottsdale Surplus Lines Insurance Company ("Scottsdale") gives notice under Fed.R.Civ.P. 41(a)(1)(A)(i) that it voluntarily dismisses without prejudice its complaint for declaratory judgment against Defendant Everest National Insurance Company ("Everest") ONLY. Everest has not yet answered or moved for summary judgment. Scottsdale maintains its complaint for declaratory judgment against all other Defendants.

Respectfully submitted,

/s/ Gregory E. O'Brien
Gregory E. O'Brien (0037073)
CAVITCH FAMILO & DURKIN, CO. L.P.A.
1300 East Ninth Street, 20th Floor
Cleveland, Ohio  44114
Telephone    (216) 621-7860
Facsimile    (216) 621-3415
Email        gobrien@cavitch.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that this document, through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 31st day of January, 2025.

      /s/ Gregory E. O'Brien
      Gregory E. O'Brien (0037073)
      *Attorney for Plaintiff*