THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Scottsadale Surplus Lines Insurance Co.

v.

EVEREST NATIONAL INS. CO., et. al.

Case No. 2:24-cv-03477
Judge: MICHAEL H. WATSON
Corporate Disclosure Statement

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Trickle Productions, LLC.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

    ___ YES     ✔ NO

    If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
    _____
    _____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ___ YES     ✔ NO

    If the answer is YES, list the identity of such corporation and the nature of the financial interest.
    _____
    _____
    _____

/s/ David K. Stein                    5-7-2025
Signature of Counsel                  Date

CERTIFICATE OF SERVICE PROVIDED ON FOLLOWING PAGE

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Courts on May 7, 2025, and was served on all counsel of record through the Court's e-filing system:

*/s/ David K. Stein*
David K. Stein (0042290)

*Counsel for Defendant Trickle Productions, LLC*