## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SCOTTSDALE SURPLUS LINES INSURANCE COMPANY, <br><br> *Plaintiff,* <br><br> v. <br><br> EVEREST NATIONAL INSURANCE COMPANY, ET AL., <br><br> *Defendants* | CASE NO.: 2:24-cv-3477 <br><br> JUDGE: Michael H. Watson <br><br> MAG. JUDGE: Elizabeth P. Deavers <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Of Plaintiff's Claims Against Defendant Apex Event Management LLC **ONLY** |

Plaintiff Scottsdale Surplus Lines Insurance Company ("Scottsdale") gives notice under Fed.R.Civ.P. 41(a)(1)(A)(ii) that it voluntarily dismisses without prejudice its complaint for declaratory judgment against Defendant Apex Event Management LLC **ONLY**. All parties who have appeared in this suit stipulate to this dismissal. Scottsdale maintains its complaint for declaratory judgment against all remaining Defendants.

Respectfully submitted,

Gregory E. O'Brien (0037073)
CAVITCH FAMILO & DURKIN, CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio  44114
Telephone    216-621-7860
Facsimile     216-621-3415
E-mail         gobrien@cavitch.com
*Attorney for Plaintiff*

**CERIFICATE OF STIPULATION**

The undersigned stipulated to Scottsdale's voluntary dismissal of Apex Event Management LLC on the indicated dates:

/s/ Laura M. Faust
Laura M. Faust (Bar #0059494)
*Counsel for Starr Indemnity & Liability*
Stipulated on: February 25, 2025

/s/ Craig Pelini
Craig Pelini (Bar #0019221)
*Counsel for United Specialty
Insurance Company*
Stipulated on: February 25, 2025

/s/ Drew Price
Drew Price Bar # 0085981
*Counsel for LNKBOX Group, Inc.*
Stipulated on: March 18, 2025

/s/ Tanya Prouty
Tanya Prouty (Bar #309650)
*Counsel for AEG Presents Boulder*
Stipulated on: August 6, 2025

/s/ David K. Stein
David K. Stein (Bar #0042290)
*Counsel for Trickle Productions LLC*
Stipulated on: July 30, 2025

/s/ Daniel F. Gourash
Daniel F. Gourash (Bar # 0032413)
*Counsel for Apex Event Management, LLC*
Stipulated on: February 2, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that this document, through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 7th day of August, 2025.

Respectfully submitted,

Gregory E. O'Brien (0037073)
CAVITCH FAMILO & DURKIN, CO. LPA
*Attorney for Plaintiff*

2