IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SCOTTSDALE SURPLUS LINES INSURANCE COMPANY,**

    **Plaintiff,**

                          Civil Action 2:24-cv-3477

    v.                         Magistrate Judge Elizabeth P. Deavers

**EVEREST NATIONAL INUSRANCE COMPANY,** *et al.***,**

    **Defendants.**

## ORDER

This matter comes before the Court on Defendant AEG Presents Boulder, LLC's ("AEG") response to Plaintiff's settlement demand.  (ECF No. 116.)  The Clerk is **DIRECTED** to temporarily seal ECF No. 116.  Defendant AEG is **DIRECTED** to file a motion for leave to file under seal if it wishes its settlement response to remain under seal or a motion to strike/withdraw by **AUGUST 14, 2025**.  Plaintiff is **DIRECTED** to file a written **JOINT STATUS REPORT** regarding the status of the case by **SEPTEMBER 4, 2025**.

    IT IS SO ORDERED.

Date: August 7, 2025                                    /s/ *Elizabeth A. Preston Deavers*
                                                                  **ELIZABETH A. PRESTON DEAVERS**
                                                                  **UNITED STATES MAGISTRATE JUDGE**