IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SCOTTSDALE SURPLUS**
**LINES INSURANCE COMPANY,**

   **Plaintiff,**

                            Civil Action 2:24-cv-3477

   v.                        Magistrate Judge Elizabeth P. Deavers

**EVEREST NATIONAL INUSRANCE**
**COMPANY,** *et al.***,**

   **Defendants.**

## **ORDER**

    This matter comes before the Court *sua sponte*. This case is hereby **STAYED** until the Court issues a decision on the pending Motions for Summary Judgment (ECF No. 169, 170) in the underlying case, *Mann v. LNKBox Group, Inc., et al.*, Case No. 2:22-cv-2553. The parties are **DIRECTED** to file a **JOINT STATUS REPORT** regarding the status of the case within **30 DAYS** of the Court's decision.

    **IT IS SO ORDERED.**

**Date: November 18, 2025**                /s/ *Elizabeth A. Preston Deavers*
                                                   **ELIZABETH A. PRESTON DEAVERS**
                                                   **UNITED STATES MAGISTRATE JUDGE**